# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:13-CV-00228-GCM

| | |
|---|---|
| JAMES KRESGE, | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **ORDER**<br>) |
| CHLOE CHANDLER<br>SHIELA FORD<br>PATRICK R. DONAHOE, | )<br>)<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** is before the Court on Plaintiff's response to the Court's order to show cause as to why this case should not be dismissed. (Doc. No. 5) In his response, Plaintiff asks the Court to extend time to complete service of process. (*Id.*) A plaintiff is required to complete service within 120 days after a complaint is filed, although, "if the plaintiff shows good cause for the failure, the court must extend the time for service for a reasonable time." Fed. R. Civ. P. 4(m). The Court finds that Plaintiff has shown good cause for his failure to act for the reasons set out in his response to the order to show cause. It appears to the Court that 21 days will afford Plaintiff a reasonable opportunity to complete service. **IT IS HEREBY ORDERED** that the plaintiff must serve Defendants by November 6, 2015. If Plaintiff fails to complete service, the Court will dismiss this case pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED.**

Signed: October 16, 2015

Graham C. Mullen
United States District Judge