# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| James Kresge, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00228-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Chloe Chandler | ) | |
| Shiela Ford | | |
| Patrick R. Donahoe, | | |
| Defendant(s). | | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 1, 2015 Order.

December 1, 2015

Frank G. Johns, Clerk
United States District Court